IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
|    Muhammad Abbasi | : | Chapter 13 |
| | : | Case No.: 22-10283-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on March 24, 2022 a true and correct copy of the Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors per the Creditor Matrix.

Date: March 24, 2022
                                                     */s/ Brad J. Sadek, Esquire*
                                                    Brad J. Sadek, Esquire
                                                    Attorney for Debtor(s)
                                                    Sadek & Cooper Law Offices
                                                    1315 Walnut Street – Suite 502
                                                    Philadelphia, PA 19107