Certificate Number: 03088-PAE-DE-036424843

Bankruptcy Case Number: 22-10583



03088-PAE-DE-036424843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2022, at 8:41 o'clock AM CDT, Muhammad K Abbasi completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 24, 2022                By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor