**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **:** | Chapter 13 |
| Muhammed K. Abbasi | **:** | |
| | **:** | Case No.: 22-10583-ELF |
| Debtor(s) | **:** | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the *Pre-Confirmation Certification* filed 05/04/2022 at Docket Entry #20.


DATED: 5/5/2022                    */s/ Brad J. Sadek*

Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Attorney for Debtors