United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10583-elf |
| Muhammad K Abbasi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2022 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Muhammad K Abbasi, 747 Clinton Avenue, Bensalem, PA 19020-7069 |
| 14690366 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 14676503 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14676654 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14674668 | + | Philadelphia FCU, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14674666 | + | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14674669 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14679669 | + | Philadelphia Federal Credit Union, c/o Jason Brett Schwartz, Esq., Mester & Schwartz, PC, 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 14674676 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |
| 14674677 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14681556 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14679640 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 00:07:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14674653 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 00:07:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14674654 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 23 2022 00:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14674661 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 23 2022 00:04:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14674934 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 23 2022 00:04:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston Rhode Island 02919 |
| 14674655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 00:07:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14674656 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 00:07:15 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14679291 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2022 00:07:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14674657 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 00:07:15 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14674659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 00:17:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14674663 | + | Email/Text: BKPT@cfna.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 155 | Total Noticed: 36 |

| | | Jun 23 2022 00:04:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
|---|---|---|---|
| 14674664 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 23 2022 00:04:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 14674658 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 00:07:15 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14679666 | + Email/Text: RASEBN@raslg.com | Jun 23 2022 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14675164 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 00:07:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674665 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2022 00:04:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14689962 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2022 00:04:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14684031 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 00:07:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14674671 | ^ MEBN | Jun 22 2022 23:59:54 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14674673 | + Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:05 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14674848 | + Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14674928 | + Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:05 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14674674 | + Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14674675 | + Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:05 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14676874 | + Email/Text: tdebn@credbankserv.com | Jun 23 2022 00:04:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14674677 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2022 12:39:34 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14681556 | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | Jun 23 2022 12:39:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14674662 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14674660 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14674667 | *+ | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14674670 | *+ | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14674672 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Jun 22, 2022                           Form ID: 155                              Total Noticed: 36

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Muhammad K Abbasi brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor PHILADELPHIA FEDERAL CREDIT UNION jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Muhammad K Abbasi

      Debtor(s)

    Chapter: 13

    Bankruptcy No: 22−10583−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 21st day of June 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Eric L. Frank
                      Judge ,
                      United States Bankruptcy Court

33 − 10, 28
Form 155