# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MUHAMMAD K. ABBASI** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **No. 22-10583(elf)** |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:**   */s/ William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

Date: October 28, 2022

7976007v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **MUHAMMAD K. ABBASI** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **No.  22-10583(elf)** |

## CERTIFICATE OF SERVICE/MAILING

I hereby certify that I sent a copy of the foregoing "Entry of Appearance and Request for Service of Notices" to each of the persons named below, by First Class Mail (unless otherwise stated) on October 28, 2022:

| | | |
|---|---|---|
| Office of the U.S. Trustee | | (via ECF) |
| Brad J. Sadek, Esquire | (Debtor's counsel) | (via ECF) |
| Kenneth E. West, Esquire | (Chapter 13 trustee) | (via ECF) |

Muhammad K. Abbasi
747 Clinton Avenue
Bensalem, PA 19020

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:**  /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

7976007v1