## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| **MUHAMMAD K. ABBASI** | ) | **CHAPTER 13** |
| Debtor | ) | |
| | ) | **No.  22-10583(elf)** |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance for Philadelphia Federal Credit Union in the above.

Respectfully submitted,

Jason Brett Schwartz, Esquire

Dated: November 2, 2022