**IN THE UNITED STATES BANKRUPTCY COURT FOR
EASTERN          DISTRICT OF PENNSYLVANIA
PHILADELPHIA          DIVISION**

In re

MUHAMMED K ABBASI

|                                                    Debtors.

In Chapter 13 Proceeding

Case No. 22-10583

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank        c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
3/9/2022         Docket Number 8  .

Dated:  This 10   th day of July      , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

BRAD J SADEK
Attorney

KENNETH E WEST
Chapter  13   Trustee

Dated:  This  10   th  day of  July     ,  2023

By:     /s/Valerie Smith_____

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257