## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Muhammad K Abbasi                          CHAPTER 13
                              Debtor(s)

                                                 BKY. NO. 22-10583 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
16 Mar 2026, 16:37:25, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: ef75a4f3fe45ae74ab7b4d2227482f03e6ce6b60618e41554b2a0df571325c68